No. 544. MISSOURI PACIFIC RAILROAD COMPANY *v.* G. W. BOLLIS. Error to the Supreme Court of the State of Tennessee. Motion to dismiss and petition for a writ

of certiorari submitted November 10, 1919. Decided November 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. Petition for writ of certiorari herein denied. *Mr. J. W. Canada* and *Mr. Edward J. White* for plaintiff in error. *Mr. Julian C. Wilson* and *Mr. Walter P. Armstrong* for defendant in error.